UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

MICHAEL KELLEHER Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-  ( )( )

Defendant ___MICHAEL Kelleh___ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _✓_ teleconferencing:

_✓_ Initial Appearance Before a Judicial Officer

_✓_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_✓_ Bail/Detention Hearing

_✓_ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

___Michel Kelleh___
Print Defendant's Name

_____
Defendant's Counsel's Signature

___John Bnt___
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___March 5, 2021___
Date

_____
U.S. District Judge/U.S. Magistrate Judge